# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

**Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund**

**DEBTOR:**   Maki, Keith Allen
Maki, Amber Lee

**CHAPTER 7 BANKRUPTCY CASE NO: 09-50436**

Please check one:

____ Unclaimed Dividends

__X__ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Little Falls Tae Kwon Do<br>25372 110th St.<br>Detroit Lakes, MN 56501 | 4 | $300.00 | $4.14 |
| US Bank N.A.P<br>O.O. Box 5229<br>Cincinnati, OH 45201 | 13 | $238.01 | $3.29 |
| US Bank N.A.P<br>O.O. Box 5229<br>Cincinnati, OH 45201 | 16 | $234.61 | $3.24 |

Date:   March 2, 2011

/e/ Terri A. Running
Terri A. Running, Trustee

Letter – Bankruptcy Court –
Unclaimed Dividends/Distribution
Less than $5